**ORIGINAL**

To: Clerk.        07- 469        7-26-07

Sence I am a Inmate here at Smyrna Prison I had to do a Pay-To threw Prison. So Pay-To will follow this Habeau Corpus Motion.

Pay-To will be in Seporate Envolope.

07- 469



FILED
JUL 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Henry Gladding

