To: CLERK,                         07-469              7-26-07
UNITED STATES DISTRICT COURT FOR DELAWARE.

    Inclosed is a pay-To from me threw the Smyrna Prison for filing fee of one (WRIT OF HABEAS CORPUS) Amount of $5.00

Again this is for Petition for Relief from a Conviction or Sentence By a Person in State Custody. (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

**FILED**
**AUG - 1 2007**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Receipt # 148378

Henry W Glanding Jr
Henry W Glanding Jr.

#132504   D/West  A-13-B.

Superior Court   ID No# 0105009486 B.
Supreme Court Docket case No# 236, 2002

I/M Henry Giardino
SBI# 132504  UNIT D/WEST A-13-B.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court for District of Delaware.
J. Caleb Boggs Building
844 King Street
Locker Box 18
Wilm Del 19801