IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HENRY W. GLANDING, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-469-*** |
| | ) | |
| THOMAS L. CARROLL, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

**FILED AUG 22 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

BD scanned

**AEDPA ELECTION FORM**

1. __X__   I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____      I wish to withdraw my § 2254 petition
                      without prejudice to file one all-inclusive
                      petition in the future; that is, one
                      that raises all the grounds I have for
                      federal habeas corpus relief. I realize
                      this all-inclusive petition must be filed
                      within the one-year period as defined by
                      28 U.S.C. § 2244(d). See *Swartz v. Meyers*,
                      204 F.3d 417 (3d Cir. 2000).


4. _____      I am not seeking federal habeas corpus
                      relief under § 2254. I am instead seeking
                      relief under _____.

*Henry W. Handing Jr.*
Petitioner

8-20-07

IM Henry Glanding
SBI# 132504  UNIT ~~3-Building 1-8-T~~
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



WILMINGTON DE 197   21 AUG 2007 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Del.
  19801-3570