D.I. # _____

# CIVIL ACTION NUMBER: 07cv469

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

