United States District Court

For the District of Delaware



Scanned

FILED

SEP 17 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. 07CV469xxx

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    WARDEN TOM CARROLL
    DELAWARE CORRECTIONAL CENTER
    1181 PADDOCK RD.
    SMYRNA, DE 19977

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): JAMES A. MORRISEY   C. Date of Delivery: 9/14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):   7003 1680 0002 2585 9462

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540