11-14-07

07-469 ***

LETTER TO COURT.

I RECEIVED my PETITION REQUESTING STATE be held IN DEFAULT THUS WAIVING THEIR ABILITY TO OPPOSE RELIEF. ON 11-10-07 ITS A SATURDAY. IT SAYS IMPROPER CERTIFICATE OF SERVICE. NOW MONDAY IS A HOLLIDAY 11-12-07 ELECTION DAY. MY NEXT DAY FOR LAW LIBRARY WHICH IS WHERE I HAVE TO GET LEGAL PHOTOCOPIES DONE. IS WENSDAY 11-14-07. I HAVE TO SUBMITT THESE PAPERS TO BE COPIED TO THEM. LAW LIBRARY. I WILL RECEIVE THEM BACK BY MAIL IN A DAY OR TWO. WHICH WILL BE 11-15-07 OR 11-16-07. I WILL RE-SUBMIT THESE FORMS AS SOON AS I RECEIVE THE COPIES SO I CAN SUBMIT TO SECOND PARTY JAME TURNER WAKLEY.
DEPARTMENT OF JUSTICE.

<u>NOW I ASK</u> THIS COURT TO UNDERSTAND THAT I AM A INMATE HERE AT SMYRNA PRISON, D.C.C. I AM ALLOWED TO GO TO THE LAW LIBRARY ONLY 2 DAYS A WEEK. FOR 1½ TO 2 HOURS PER APPOINTMENT. WHICH MEANS WHEN IM UNDER A TIME BAR LIMIT I DO NOT GET THE HOLE 30 DAYS OR 45 DAYS. WITH A 30 DAY LIMIT I ONLY GET 8 DAYS OF LAW LIBRARY. 16 HOURS TOTAL.

Under a 45 day Time bar limit Im olny allowed 12 day with 24 hours worth of law library Time.

A Inmate should be intitled to the "hole" 30 days or 45 day Time bars the same as the state, state courts, and or U.S. District courts do. Please take this matter into consideration to.

Inmates do not get to be cate like the state does.

We Inmates have a "Real" hard time just keeping our names on the law library list, - weekly!

How can we meat a time bar ~~list~~ from courts when we cant even stay on list for law library.

Henry W Harding Jr.
132504

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HENRY W. GLANDING, JR. )
PETITIONER )
    Plaintiff, )
)
v. )  Civil Action No. 07-469-***
)
THOMAS L. CARROLL, et al, )
RESPONDENTS )
)
)
    Defendant. )

PETITIONER'S REQUEST THAT RESPONDENTS BE FOUND IN DEFAULT OF

COURT'S ORDER AND THUS WAIVED THEIR ABILITY TO OPPOSE RELIEF

The original order I received was filed on Sep. 12, 2007. I received it by mail on Sep. 14, 2007. So from Sep. 14, 2007 to Nov. 2, 2007 is a total of 49 days. The Court order gave the state 45 days to respond in. Whereas this is - was not done in a timely period. Nov. 2, 2007 exceeds the 45 days given by this Court.

Therefore Petitioner ask that the extension be revoked and respondants be found in default of courts order and thus waive their ability to oppose relief.

Relief is still requested. Extension was received and signed for by me on evening of 11-5-07. This is a

Submitted this 5 day of Nov, 2007.

Henry Glanding Jr.
Henry Glanding, Jr.
Delaware Correctional Center
1181 Paddock Road

11-5-07

Resubmitted 11-15-07



FILED
NOV 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



FILED
NOV 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Smyrna, DE 19977

clear violation of the court order.

There was also no Delaware Correctional Center received date stamped on the envolope I received as usaccy is.

Also no explanation or reasons where given as to what good cause was shown for the extension to be granted.

I can not respond to something when no explanations are given. Also dates and so on.

The state is in clear violation of 4th, 6th, and 14th amendment civil rights. As shown in writ of Habeas Corpus. Now violation of U.S. District Court order. Which was not done in a timely time and no good cause shown to me.

Again I ask - Request that Respondents be found in default of courts order and thus waive or revoke their ability to oppose relief.

I do request relief.

Henry Handing Jr.

11-5-07

Resubmitted   11-15-07

## Certificate of Service

I, HENRY GLANDING Jr, hereby certify that I have served a true And correct cop(ies) of the attached: U.S. DISTRICT COURT MOTION - FORM - FOR DEFAULT. upon the following parties/person (s):

TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKbox 18
WILMINGTON DEL. 19801-3570

TO: JAMES TURNER WAKLEY
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
WILMINGTON DEL. 19801

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 14th day of Nov., 2007

Resubmitted 11-15-56

Henry Glanding Jr.

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: 11/8/07

TO: Henry W. Glanding, Jr.

SUBJECT: Proof of Service on Local Counsel of Record Required

RE: CA# 07-469 ***

CASE CAPTION: Glanding v. Carroll et al

DOCUMENT TITLE: Petitioner's Request That Respondents Be Found in Default

Documents have been presented for filing in the above noted case which *do not conform* to one or more of the following: Federal Rules of Civil Procedure 5, District of Delaware Local Rules of Practice & Procedure 5.2.(a) & 5.3.

In order for your documents to be acceptable for filing, they must be served on all local counsel of record, and this must be indicated on an Affidavit or Certificate of Service.

A copy of the current local counsel service list for this case is attached for your convenience.

If there are any questions concerning this matter, do not hesitate to contact this office. Also, our web site (frequently asked questions) may be of interest to you, at **http:www.ded.uscourts.gov**.

cc: Assigned Judge

Bob Cruikshank
Deputy Clerk

INTAKMAN\REJLTR (REV. 5/01)

Rejected - Improper Certificate of Service. Must be served upon opposing counsel. Please correct Certificate of Service, send copy to opposing counsel, and Resubmit.

ON
11-15-56

IM Henry Granding
SBI# 132504  UNIT W-Build. I-8-B
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY



Office Of The CLERK
United States District Court
844 N. King Street, Locker Box 18
Wilmington DEL
19801-3570

