IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HENRY W. GLANDING, JR, )
)
    Petitioner, )
)
v. ) Civ.Act. No.07-469-***
)
ELIZABETH BURRIS, Acting Warden )
and JOSEPH R. BIDEN, III, Attorney )
General for the State of Delaware, )
)
    Respondents. )

FILED
DEC 13 2007
U.S. DISTRICT COURT

"Second" Motion Request To hold Respondants in Default of Court's Order, Thus Waiving Their Ability To oppose Relief.

BD scanned

1.) This is the first time Ive gotten a copy of Respondents Request To the U.S. District Court. All other paper work came from the U.S. District Court. With "No" Certificate of Service Attached.

2.) On 11-15-07 I Resubmitted a Motion To hold Respondants in Default,- Waiving Their Ability To Oppose Relief.
I also sent a Letter along with Resubmitted Motion explaining I can not properly Reply To Something when Im not provided copys along with Certificate of Service forms. Until After this Court has already made Ruling on said Motion.

(1)

3.) So far all my paper work has come from the U.S. District Court, along with a copy of "Notice of Electronic Filing". Also from U.S. District Court, NOT Certificate of Service! Now I receive a copy of Motion for Extention of Time Again! This will be Respondents "Second" extention!

But it's the first time I've gotten Notice before the U.S. District Court has made a ruling on it! Also a Certificate of Service included this time.

I'm Told: "In order for my documents to be accepable for filing they must be served on all local counsel of record" and this must be indicated on an Affidauit of Certificate of Service.

4.) Now I receive the Respondents Second Request for Extention on Dec. 12. 2007. They are asking for 7 more days. From Dec. 7. 2007. To Dec. 14. 2007.

5.) The first order was dated Sep. 12. 2007. So from Sep. 12. 2007 To date - Dec. 11. 2007. is a total of "90" days. The U.S. District Court has already granted Respondents an "Extra 45 days" Extention. Now Respondents state in paragraph #2 of there Secound Request Motion of Extention that -

(2)

A.) Counsel is diligently working on numerous cases.

B.) In the past week Counsel has answered to 3 briefs or court matters.

C.) Counsel is doing his best to prioritize cases by date received.

D.) Counsel was sick for a week.

6.) Respondents have had a total of "90" days as of to date, also Respondants have a number of Paralegal's to do most of this work for them, this is not a "Adequate excuse". this is nothing but a "Allice-in-Wonder land" excuse!

7.) Petitioner ask this court to hold Respondents in default of courts order and thus waived there ability to oppose relief.

8.) Also I ask this court to please consider that I have no access to electronic filing. Any legal work done by me has to be done by mail only! Also Prison's rules and weighting list for legal photo copys.

Dated: 12-11-07

Henry W. Glanding, Jr.
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HENRY W. GLANDING, JR, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ELIZABETH BURRIS, Acting Warden )<br>and JOSEPH R. BIDEN, III, Attorney )<br>General for the State of Delaware, )<br>)<br>Respondents. ) | Civ.Act. No.07-469-*** |

## ORDER

This _____ day of _____, 2007

_____

_____

_____

_____

_____

_____

_____

IT IS HEREBY ORDERED that Respondents be held in default of Courts order and thus waived their ability to oppose relief, and to suppress all evidence.

_____
United States District Judge



5

## Certificate of Service

I, __Henry W Glanding Jr__, hereby certify that I have served a true
And correct cop(ies) of the attached: __Motion. To hold in Default.__ upon the following
parties/person (s):

TO: __Office Of the Clerk__
__United States District Court__
__844 N. King Street, Lockbox 18__
__Wilmington Del. 19801-3570__

TO: _____

TO: _____

TO: __James T. Wakley.__
__Deputy Attorney General__
__Department Of Justice__
__820 N. French Street__
__Wilm Del. 19801-3570__

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __11th__ day of __Dec.__, 200__7__

__Henry W. Glanding Jr.__

(6)

I/M Henry Grandus
SBI# 132504  UNIT W-Build I-8-B.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court.
844 N. King Street, Lockbox 18
Wilmington Del. 19801-3570