## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HENRY W. GLANDING, JR..,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-469-*** |
| | ) | |
| **ELIZABETH BURRIS,** Acting Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER

This _18_ day of _December_ _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file

certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made

and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter

shall be filed on or before January 22, 2007.

United States District Judge