OFFICE OF THE CLERK
U.S. DISTRICT COURT

07-469

FILED
JAN 02 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

12-28-07

RP scanned

PLEASE TAKE INTO CONSIDERATION THAT my 14 days in which to answer to the STATES ANSWER fell into the Christmas + New Years Holliday's. This was mailed here at the Prison on 12-28-07. But this has to go threw the "Pay-Too-process" here at the Prison!

1) DIRECT APPEAL was done by me in Timely fashion. Courts warned Attorney Mr. Schmid to recognize his continuing obligations on 5-13-02. I filed appeal on 5-2-02, Court sent order on 4-23-02. Timely done!

2) Post Conviction Motion Rule 61 done within Two years - Under old Law I had 3 yr. So it was Timely done! Even though Attorney's negligence on taking his time Letter included shows hiring date Nov 24, 2003. He took over a year to do Post Conviction and file. (Ineffective Counsel Too)!

3) Appeal to Post Conviction (Supreme Court) done in Timely period.

4) Habeas Corpus filed in 1 year and 71 days. I have 90 days and one year. So done in timely fashion.

5) All other time lapes is while courts had said motions.

6) Court Dockets and letters supplyed show truthfullness. Suppression hearing trans. provided. Some trial trans. Superior Court Docket not included. #1 to #78. Court Docket #24 shows Meranda Rights violated. I had a attorney. Shows Pro Se done. Any video court without attorney is violation of Meranda Rights also. Court Docket #2 6-1-01 confrontation clause requested. Denied at trial!

Henry W Glanding Jr.
Henry W Glanding Sr.
D.C.C.
1181 Paddock Rd.
Smyrna Dec. 19977
12-28-07

I/M: HENRY
SBI# 132504   UNIT W-1  I-8-B.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



$02.33⁰
MAILED FROM ZIP CODE 19977
DEC 29 2007

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. King STREET. Lockbox 18
WILMINGTON DEL.
              19801-3570