IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HENRY W. GLANDING, JR..,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 07-469-GMS |
| ) | |
| **PERRY PHELPS,** Warden ) | |
| and **JOSEPH R. BIDEN, III**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

a. Del. Super. Ct. Crim Dkt. 0105009486A

b. Appellant's Opening Brief and Appendix under Rule 26(c) (236, 2002)

c. State's Response to Rule 26(c) brief (236, 2002)

d. December 13, 2002 Order (236, 2002)

e. Appellant's Opening Brief and Appendix (631, 2005)

f. State's Answering Brief (631, 2005)

g. May 16, 2006 Order

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: February 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on February 19, 2008, I will mail, by United States Postal Service, the same documents to the following non-registered participant:

Henry W. Glanding, Jr.
SBI # 20170621
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date:  February 15, 2008