Civ. Act. No. - 07-469 - (G.M.S)

To: Office of the Clerk
United States District Court _____ 2-21-08

        In Reguards To information received in the State's package of Records of my Trial: Henry Glanding I received these copies of Records on 2-20-08
    I'm not shore if I should ask for a "Stay of Proceeding's" - or what?
        I received a page at the end of this package which states:
Received on this 7th day of October 2002
by Marcella A Hall
        Attorney for Henry Glanding?

1st)    This is not one of the 6 Attorney's I had! I named my Attorney's in my Answer to States Answer Motion - I filed on 12-28-07
    This Attorney has never addressed the Court or myself with paper work or Motion as entry as Counsel. Court docket will show this to. This show's more of State's Deceit, Deception's and wrong doing's! Because I have never heard of Marcella A. Hall! I had Lloyd Schmid at the Time.
        So I am concerned now of what paper work of mine this Attorney got of mine and to of what damage it was to me and my Case and at what level?

2nd)    The State has provided Two sets of Transcripts To my case. But they removed the front pages so you can't tell one is a Suppression Hearing which I was never advised of until after my Trial. When I bought Trial Transcript I was told it was a Motion to Sever my case.

                    over

FILED

FEB 26 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TRANSCRIPT PAGES 4 TO 105 ARE SUPPRESSION HEARING
TRANSCRIPT.
WITH PAGES 1 TO 3 AND 106 MISSING.
TRANSCRIPT PAGES 24 TO 165 ARE TRIAL TRANSCRIPT
WITH PAGES 5 TO 23 AND PAGES 166 TO 168
MISSING.
I PROVIDED THESE MISSING PAGES OF TRANSCRIPTS
ON 12-28-07 WHEN I FILED ANSWER TO STATES
ANSWER MOTION ON THAT DATE WITH COPIES OF
BOTH TRANSCRIPTS INCLUDED.

THE ONLY THING IN THE STATES RECORDS PACKAGE
THAT I DID NOT PROVIDE WAS ALL COPIES
OF RULE 26 (C) Lloyd Schmid FILED AFTER
I WAS FOUND GUILTY OF 1ST HAFE OF SEVERED
CASE. BUT MR. Schmid STILL REPRESENTED
ME IN BEGINING OF SECOUND HAFE OF SAME
CASE! THIS JUST DOESN'T SEEM RIGHT
HE CAN'T FIND ANYTHING TO APPEAL MY 1ST HAFE
OF CASE WITH (OTHER WORDS I'M GUILTY) TO him
BUT HE STILL WANTS TO REPRESENT ME IN
SECOUND HAFE OF SAME CASE. THIS IS
CRAZIE.

THIS BOGUS ATTORNEY ISSUE NEEDS TO BE ADDRESSE
ALSO CLOSING ARGUEMENTS AND VERDICT TRANSCRIP
NOT INCLUDED BY STATE.
I DO HAVE THIS IF DISTRICT COURT SHOULD
WANT IT!

HENRY W. GLANDING JR.
Henry W. Glanding Jr
D.C.C.
SBI # 132504 UNIT 5-1-H-1
1181 PADDOCK RD.
SMYRNA DEL 19977

I NEVER had this ATTORNEY in ANY of my proceedings.
COURT DOCKET shows so!

Received on this 7ᵗʰ _____ day of October, 2002
by _Mariella A. Hall_____
Attorney for Henry Glanding

## Certificate of Service

I, _HENRY GLANDING_ ,hereby certify that I have served a true

And correct cop(ies) of the attached: _LETTER TO DISTRICT COURT INVOLVING_

_STATES RECORDS OF MY TRIAL + UNKNOWN LAWYOR._upon the following

_AND TRIAL + SUPPRESSION TRANSCRIPTS_

parties/person (s):

TO: _OFFICE OF THE CLERK_                 TO: _____

_UNITED STATES DISTRICT COURT_            _____

_844 N. KING STREET LOCKBOX 18_           _____

_WILMINGTON DEL._                         _____

_____ 19801 - 3570_                     _____


TO: _____                TO: _JAMES TURNER WAKLEY_

_____                    _DEPARTMENT OF JUSTICE_

_____                    _820 N. FRENCH STREET_

_____                    _WILMINGTON DEL._

_____                    _____ 19801 - 3570_


**BY PLACING SAME IN A SEALED ENVELOPE,** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.


On this __21 ST__ day of __Feb__ ,200_8_

_Henry W Glanding Jr._

I/M Henry Glanding
SBI# 132504    UNIT 5-1   H-1.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA. DELAWARE  19977



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Del.
19801