IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HENRY W. GLANDING, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. A. No. 07-469-GMS |
| | ) |
| PERRY PHELPS, Warden, and | ) |
| ATTORNEY GENERAL OF THE | ) |
| STATE OF DELAWARE, | ) |
| | ) |
| Respondents.[1] | ) |

**ORDER**

At Wilmington this 14th day of April, 2008;

IT IS ORDERED that:

Petitioner Henry W. Glanding, Jr.'s motions for default judgment are **DENIED** as moot. (D.I. 16; D.I. 19) The State filed its response on September 14, 2007.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
APR 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

[1] Warden Perry Phelps assumed office in January 2008, replacing warden Thomas Carroll, an original party to this proceeding. *See* Fed. R. Civ. P. 25(d)(1).